# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

LYNDORA HOTEL, INC. AND THE : No. 350 WAL 2018
ESTATE OF MICHAEL L. PAWK, :
  :
               Respondents : Petition for Allowance of Appeal from
      V. : the Order of the Superior Court
HARRY KOCH AND MELISSA KOCH, :
  :
               Petitioners :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 6th day of February, 2019, the Petition for Allowance of Appeal is **DENIED**.